DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
DAVID JOHN CARLI



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-S-06-0331 EJG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING |
| vs. | |
| DAVID JOHN CARLI, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Michelle Prince, Assistant U.S. Attorney; and, David John Carli, through his attorney, David W. Dratman, that the Judgment and Sentencing scheduled for September 21, 2012 shall be continued to September 28, 2012 at 10:00 a.m. to give the parties additional time to address issues regarding the judgment and sentencing.

Dated: September 11, 2012  /s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
DAVID JOHN CARLI

Dated: September 11, 2012  BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

By: /s/ Michelle Prince*
MICHELLE PRINCE
Assistant U.S. Attorney
*Signed with permission

STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING

## ORDER

It is so ordered.

Dated: 9/11/12

[signature]
EDWARD J. GARCIA
Senior United States District Court Judge